**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter  **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Arzu Fitness, LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-3800743 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7971 North Woodrow Street, Unit 4** <br> **Irmo, SC 29063** <br> Number, Street, City, State & ZIP Code | **3112 Ellingford Road** <br> **Charlotte, NC 28214** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Richland** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **Arzu Fitness, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **Arzu Fitness, LLC**
_____ Name _____    Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| Distict | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Arzu Fitness, LLC**
_____    Case number (*if known*) _____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Arzu Fitness, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 12, 2024**
              MM / DD / YYYY

X **/s/ Chris Arzu**                                    **Chris Arzu**
Signature of authorized representative of debtor       Printed name

Title     **President**

---

**18. Signature of attorney**

X **/s/ JASON T. MOSS**                              Date  **June 12, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**JASON T. MOSS 7240**
Printed name

**MOSS & ASSOCIATES, ATTORNEYS P.A.**
Firm name

**816 ELMWOOD AVENUE**
**COLUMBIA, SC 29201**
Number, Street, City, State & ZIP Code

Contact phone   **(803)-933-0202**      Email address  **lindsey@mossattorneys.com**

**7240 SC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Arzu Fitness, LLC**

United States Bankruptcy Court for the:  DISTRICT OF SOUTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 12, 2024**      X  **/s/ Chris Arzu**
_____        _____
                            Signature of individual signing on behalf of debtor

                            **Chris Arzu**
                            _____
                            Printed name

                            **President**
                            _____
                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Arzu Fitness, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................  $ _____ 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..............................................................................................  $ _____ 2,532.55

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................................  $ _____ 2,532.55

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $ _____ 0.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$ _____ 123,440.71

4.   **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b                                                                    $ _____ 123,440.71

**Fill in this information to identify the case:**

Debtor name     **Arzu Fitness, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**        **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$0.00** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **NAVY FEDERAL CREDIT UNION: CHECKING ACCOUNT# (1890)** | **Checking** | **1890** | **$2.55** |
| 3.2. | **NAVY FEDERAL CREDIT UNION: SAVINGS ACCOUNT# (0286)** | **Savings** | **0286** | **$5.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                              **$7.55**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**        **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **SECURITY DEPOSIT: DEBTOR PAID A RENTAL SECURITY DEPOSIT IN THE AMOUNT OF ($1,200) IN JANUARY 2022** | **$1,200.00** |
|---|---|---|

Debtor      **Arzu Fitness, LLC**                                    Case number *(If known)* _____
　　　　　 Name

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                | $1,200.00 |
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>OFFICE FURNITURE: DESKS, CHAIRS | $100.00 | Liquidation | $100.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>OFFICE EQUIPMENT: COMPUTER, PRINTER, COPIER | $150.00 | Liquidation | $150.00 |
| | **TOOLS OF THE TRADE: (5) HEAVY BAGS, (6) METAL HANG MAN, DUMBBELL SET, MEDICINE BALL SET, KETTLEBELL SET, JUMP BOX SET, BELL TIMER, WEIGHT BAR** | $1,075.00 | Liquidation | $1,075.00 |

Debtor    **Arzu Fitness, LLC**                                                     Case number *(If known)* _____
Name

**SET, JUMP ROPES, STEP TUB, STABILITY**
**BALL, (5) GLOVES, (6) WRAPS, STEPPER**    _____    _____    _____

---

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                    | **$1,325.00** |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** **CUSTOMER LIST: CUSTOMER LIST IS OWNED BY 9ROUND FITNESS, VALUE TO ARZU FITNESS ($0.00)** | **$0.00** | Liquidation | **$0.00** |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                   | **$0.00** |
Add lines 60 through 65. Copy the total to line 89.

Debtor    **Arzu Fitness, LLC**                                    Case number *(If known)* _____
         _____
         Name

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Debtor   **Arzu Fitness, LLC**_____ Case number *(If known)* _____
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,325.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,532.55 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,532.55 |

**Fill in this information to identify the case:**

Debtor name    **Arzu Fitness, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name      **Arzu Fitness, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)      _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

  1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

  3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
      out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**9ROUNDS**<br>**847 NE MAIN STREET**<br>**Simpsonville, SC 29681**<br><br>Date(s) debt was incurred  **1/17**<br>Last 4 digits of account number  **0743** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Line of Credit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$15,000.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**CELTIC BANK**<br>**268 S STATE STREET, SUITE 300**<br>**Salt Lake City, UT 84111**<br><br>Date(s) debt was incurred  **11/16**<br>Last 4 digits of account number  **5405** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Line of Credit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$65,000.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**CHRIS ARZU**<br>**4709 LEAF CREST COURT**<br>**Columbia, SC 29210**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **0743** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**ELIZABETH B GIERHART CPA**<br>**461 LAKE TIDE DRIVE**<br>**Chapin, SC 29036**<br><br>Date(s) debt was incurred  **2017**<br>Last 4 digits of account number  **0743** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Line of Credit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,000.00** |

| Debtor | **Arzu Fitness, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IRS**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Only**

**Last 4 digits of account number** **0743**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $197.00 |
|---|---|---|---|

**MID CAROLINA ELECTRIC**
**PO BOX 669**
**Lexington, SC 29071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **1/17**

**Basis for the claim:** **Line of Credit**

**Last 4 digits of account number** **0344**

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RICHLAND COUNTY TREASURER**
**PO BOX 11947**
**Columbia, SC 29202-2687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Only**

**Last 4 digits of account number** **0743**

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SC DEPT OF REVENUE**
**PO BOX 12265**
**Columbia, SC 29211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Only**

**Last 4 digits of account number** **0743**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

**SMALL BUSINESS ADMINISTRATION**
**2 NORTH 20TH STREET, STE 320**
**Birmingham, AL 35203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **10/21**

**Basis for the claim:** **Line of Credit**

**Last 4 digits of account number** **8209**

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $243.71 |
|---|---|---|---|

**SPECTRUM BUSINESS**
**PO BOX 6030**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **1/17**

**Basis for the claim:** **Line of Credit**

**Last 4 digits of account number** **4388**

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **SMALL BUSINESS ADMINISTRATION**<br>**2 NORTH 20TH STREET, STE 320**<br>**Birmingham, AL 35203** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |

Debtor     **Arzu Fitness, LLC**
_____
           Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 **SMALL BUSINESS ADMINISTRATION**<br>**1835 ASSEMBLY STREET**<br>**ROOM 358**<br>**Columbia, SC 29201** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 **SMALL BUSINESS ADMINISTRATION**<br>**1835 ASSEMBLY STREET**<br>**ROOM 358**<br>**Columbia, SC 29201** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 123,440.71 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 123,440.71 |

**Fill in this information to identify the case:**

Debtor name  **Arzu Fitness, LLC**

United States Bankruptcy Court for the:  DISTRICT OF SOUTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest      **DEBTORS BUSINESS LOCATION-7971 NORTH WOODROW STREET, UNIT 4, IRMO SC 29063** | |
| State the term remaining | |
| List the contract number of any government contract   _____ | **THE VIREO GROUP PO BOX 1211 Augusta, GA 30901** |

**Fill in this information to identify the case:**

Debtor name   **Arzu Fitness, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|---|
| 2.1 | _____ | | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | _____ | | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | _____ | | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | _____ | | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Arzu Fitness, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $20,279.00 |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $52,616.00 |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $64,537.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Arzu Fitness, LLC** | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Arzu Fitness, LLC**                                            Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **MOSS & ASSOCIATES, ATTORNEYS P.A.**<br>**816 ELMWOOD AVENUE**<br>**COLUMBIA, SC 29201** | **ATTORNEYS FEES: $1,561.00**<br>**FILING FEE: $338.00** | **JUNE 2024** | **$1,899.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **1180 DUTCH FORK ROAD**<br>**Irmo, SC 29063** | **MARCH 2017 TO JANUARY 2022** |

**Part 8:    Health Care Bankruptcies**

Debtor    **Arzu Fitness, LLC**                                    Case number *(if known)* _____

---

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

    | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
    |---|---|---|
    | | | |

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|
    | | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
    |---|---|---|---|
    | | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
    |---|---|---|---|
    | | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | Arzu Fitness, LLC | Case number *(if known)* | |

not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **ELIZABETH B GIERHART CPA**<br>**461 LAKE TIDE DRIVE**<br>**Chapin, SC 29036** | **2017 TO PRESENT** |

| Debtor | Arzu Fitness, LLC | Case number (if known) | |
|---|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **CHRIS ARZU**<br>**4709 LEAF CREST COURT**<br>**Columbia, SC 29210** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **CHRIS ARZU** | **4709 LEAF CREST COURT**<br>**Columbia, SC 29210** | **PRESIDENT** | **100** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

Debtor    **Arzu Fitness, LLC**                                            Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **CHRIS ARZU**<br>**4709 LEAF CREST COURT**<br>**Columbia, SC 29210** | **$500** | **JUNE 2023 TO JUNE 2024** | **WITHDRAW AND DRAW** |
| | Relationship to debtor<br>**OWNER** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 12, 2024**

**/s/ Chris Arzu** _____          **Chris Arzu** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re    **Arzu Fitness, LLC**

Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,561.00** |
| Prior to the filing of this statement I have received | $ | **1,561.00** |
| Balance Due | $ | **0.00** |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, motions to incur debt, motions to sell property, moratoriums, motions to reconsider, plan modifications after confirmation, motions to reopen, motions to redeem, or any other adversary proceeding, Defending §362 Motion by creditor, Defending Motion to Dismiss, Resolve Petition to Dismiss by Trustee, Combined §362 Motion by creditor and attending court, Motion to reinstate Automatic Stay or resumption of payment, Motion to modify post-confirmation plan, Motion for Substitution of Collateral, Motion to modify post-confirmation plan due to change in circumstances requiring new Schedule I and Schedule J, Motion to incur debt. Motion to sell property, Prevention of §362 Motion, Defending §362 Motion by creditor after a previous claim for prevention has been filed, Motion Establishing Priority of Tax Claim requiring post-confirmation plan modification, Objection to Creditor's Proof of Claim requiring post-confirmation plan modification or Plan STIP, Motion for Moratorium, Motion to Substitute Attorney, Taking over case,   Address change in estate, Post-Petition consultation relating to Tax Return, Attorney Review/Release of Mortgage communication waiver, Application to Employ, Application for Settlement, Creditor Violation Letter, Consent Order Approving Loan Modification, Consent Order Lifting the Stay (to proceed in family court), Negotiation with Mortgage Creditor for Loan Modification, Negotiation with Mortgage Creditor for Loan Modification, Payable in (3) monthly installments beginning 30 days after Case filing (Portal and Non-Portal), Motion to Approve Final Loan Modification Agreement,  Motion to Incur in efforts to Modify Mortgage Loan Mortgage, Loan Modification Report, Post Modification Forbearance Agreement/Workout, Letter to Appeal Denial of Loan Modification, Motion to Reinstate after Dismissal, Application for settlement to use insurance proceeds, Defense of Modification, Defense of Modification, Adequate Protection Request, Motion to Use Cash Collateral, Post Modification Forbearance Agreement/Workout File, Secured Creditor Claim, Direction of Pay/ Total Loss, Consent Order to Distribute Insurance Proceeds, Objection to Proof of Claims, Motion to Dismiss as to Deceased Debtor, Letter of Authorization, Student Loanify, Motion to Complete Case Before Plan Term,**

In re    **Arzu Fitness, LLC** _____    Case No. _____
                            Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**Negoitaion with Trustee, and STIP payment Request and Analysis.**

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 12, 2024** _____    **/s/ JASON T. MOSS**
_Date_                                         **JASON T. MOSS 7240**
                                               _Signature of Attorney_
                                               **MOSS & ASSOCIATES, ATTORNEYS P.A.**
                                               **816 ELMWOOD AVENUE**
                                               **COLUMBIA, SC 29201**
                                               **(803)-933-0202   Fax: (803)-933-9941**
                                               **lindsey@mossattorneys.com**
                                               _Name of law firm_

# Moss & Associates
**ATTORNEYS, P.A.**

**Offices:**
Columbia: 803-933-0202
Greenville: 864-272-3413
Charleston: 843-744-3002
**www.mossattorneys.com**

"SOUTH CAROLINA'S LARGEST BANKRUPTCY FILER"

## BANKRUPTCY RETAINER AGREEMENT

Moss & Associates, Attorneys P.A. and the undersigned client (referred to herein as "Client"), do on this date enter into an agreement (contract) for legal services pursuant to the terms and conditions set forth herein. We are a debt relief agency and assist people in filing for bankruptcy under the Federal Bankruptcy Code.

### I. Subject

Subject to the terms and conditions of this agreement, Moss & Associates, Attorneys P.A. shall furnish legal services related to the following type of bankruptcy case:

_____ Chapter 13 (Reorganization)        _____ Mortgage Modification Mitigation

___✓___ Chapter 7 (Liquidation)        _____ Chapter 11 (Business)

_____ Conversion

*Redtel Corp Case*

### II. Fees and Costs

In exchange for legal services specified herein, Client agrees to pay Moss & Associates, Attorneys, P.A. fees as follows:

### PAYMENT SCHEDULE

| BANKRUPTCY | LOAN MODIFICATION |
|---|---|
| _156_ Attorney's Fees Down | $850 by _____ |
| _538_ Court Filing Fee | $850 by _____ |
| _1899_ **Total Amount Due Prior to Filing Case** | |
| ( _100_ ) Down Payment (Retainer) | **$1,700 in additional fees** |
| _1799_ **Balance Due No Later Than** _May 1_, 2024 | |

In Chapter 13 cases, $_____$ shall be included as a claim in Client's Chapter 13 Plan. No such claim exists in Chapter 7 cases.

The parties agree that Client will follow the payment schedule specified above. The parties acknowledge that the total cost specified does not guarantee success in mortgage modification, since the bank makes the ultimate determination. Fees for any potential federal or state adversary proceeding or related demand shall be forty percent of the recovery plus costs, unless otherwise agreed upon by parties.

Moss & Associates, Attorneys P.A. agrees that, in exchange for payment of the above specified fees, Moss & Associates, Attorneys P.A. shall perform all services associated with the bankruptcy matter including correspondence with clients, Trustee and Court regarding case administration, the creation and filing of a certification of Plan Completion, request for discharge and financial management certificate or other documents necessary for case closing and discharge. Additional supplemental fees may result in any case for work necessary as a result of unanticipated issues arising pre or post-confirmation, matters involving the default or variance from the terms of a confirmed plan, adversary proceedings, an appeal, or other compelling factors not present in a typical case. Client shall be responsible for such fees. Client acknowledges that Moss & Associates, Attorneys P.A. may be able to file a supplemental claim with the bankruptcy court, which would allow payment out of assets of the estate or Chapter 13 plan payments, which could result in an increase in Trustee payment and a smaller dividend to unsecured creditors. The terms of such supplemental fees are subject to change during the case. By signing this agreement, Client agrees to allow Moss & Associates, Attorneys P.A. to file such claims with the court without further written agreement, if such work is completed by Moss & Associates, Attorneys P.A. The parties further agree that all fees paid under this agreement are non-refundable and earned immediately by Moss & Associates, Attorneys, P.A., except as set out in the Termination clause below. Moss & Associates, Attorneys, P.A. agrees that all basic costs associated with the case, including copies, telephone, electronic filing, etc. are included. Client, however, agrees that other costs, such as supplemental fees not included in the initial fee.

## III. Termination

Either party may terminate this Agreement under the following terms and conditions: first, Moss & Associates, Attorneys P.A. may withdraw from this matter and take any appropriate actions upon failure of Client to pay in a timely manner; second, Moss & Associates, Attorneys P.A. may withdraw from this matter if they determine that they have developed irreconcilable differences with the Client; and third, Client may terminate this agreement if client becomes dissatisfied with the services of Moss & Associates, Attorneys, P.A. Fees paid by Client are non-refundable, and though if Moss & Associates, Attorneys, P.A. voluntarily withdraws or Client terminates the agreement for good cause, Moss & Associates, Attorneys, P.A. may, at it's discretion, allow a refund of all or a portion of the fees paid by Client.

_____
Client

_____
Client

Moss & Associates, Attorneys P.A.

By: _____

Date: _____

<u>Notice to Consumer Debtor of Available Bankruptcy Options:</u>

Chapter 7: Liquidation

      Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing creditors. Under Chapter 7, a trustee takes possession of all of your property. You may claim a certain amount of your property as exempt under governing federal and state law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities set by the Code.

      The purpose of filing a Chapter 7 is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Code, your discharge may be denied by the Court, and the purpose for which you filed the Bankruptcy petition will be defeated. Even if you receive a discharge, there are some debts that are not dischargable under the law. Therefore, you may still be responsible for such debts including, but not limited to, certain taxes, student loans, alimony and child support, criminal restitution, and death or personal injury caused by driving while intoxicated from alcohol or drugs.

      Under certain circumstances you may keep property that you have purchased subject to valid security interest. This will be explained by your attorney.

Chapter 11 (Reorganization)

      Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are complex and any decision to file a Chapter 11 Petition should be made in consultation with an attorney.

Chapter 12 (Family Farmer)

      Chapter 12 is designed to permit family farmers to repay their debtors over a period of time from future earnings and is in many ways similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

Chapter 13: (Repayments of all or part of the debtors of an individual).

      Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their creditors but are able to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in Code.

      Under Chapter 13, you must file a plan with the Court to repay your creditors all or part of the money that you owe them, using future earnings. Usually, the period allowed by the Court to repay debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect. Under Chapter 13, unlike a Chapter 7, you may keep your property, both exempt and nonexempt, as long as you continue to make payments according to the plan.

      After completion of payments under your plan, most of your debts are discharged, with the exception of certain taxes, student loans, alimony and support payments, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## OTHER IMPORTANT NOTICES

The information you provide to this law firm and your bankruptcy attorney is critical and must be completely accurate. Giving false information to your attorney may lead to the denial of your discharge, dismissal of your case, fines, and imprisonment.

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury in connection with a case under this title shall be subject to fine, imprisonment, or both. In addition, all information supplied by a debtor in connection with a case filed under the bankruptcy code is subject to examination by the Attorney General.

Also available to you is credit counseling, which may be done by this law firm or another entity. Generally, credit counseling involves a collection of your debts with proposed work out plans with your creditors. These plans may allow you to repay your debts in a structured plan over time. These plans are optional for the creditors and may be viewed negatively on your credit report.

You must provide proof of a completed credit counseling course prior to filing for bankruptcy.

In addition, all information that you provide with a petition and thereafter during a case under the Bankruptcy Code must be complete, accurate, and truthful.

All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence a case, and the replacement value of each asset as defined in Section 506 of the Bankruptcy Code must be stated in any documents requested after an inquiry to establish such value.

Also, current monthly income, the amounts specified in Section 707(b)(2), and, in a case under Chapter 13 of the Code, disposable income must be stated as defined in 707(b)(2) after a reasonable inquiry has been made.

The information you provide our office and used in your case may be audited pursuant to this title, and that failure to provide such information may result in dismissal of the case under other sanctions, including a criminal sanction.

While providing our office the information on your case, you must value your assets at replacement value. Replacement value is defined as what an item would cost if it were lost or destroyed and one of equivalent value must take its place. A common source for replacing items on a national level is through EBAY, which is an internet auction website. Nearly every item imaginable is available to be purchased, including; cars, clothes, furniture, appliances, painting, electronics and other common household items. However, replacement value on a car may involve other factors, such as dealer costs, which would increase the potential value. Noteworthy, with respect to property acquired for personal, family, or household purposes, replacement value shall mean the price a retail merchant would charge for property of that kind considering the age and condition of the property at the time value is determined. The time for valuation is the date of the filing of the petition, without deduction for cost of sale or marketing.

You will also have to provide our office with your current monthly disposable income. Your income, with certain exemptions, generally is derived from all sources for the past six months. You must also provide our office with your current monthly expenses. We will assist you in comparing your expenses to those with similar living standards.

You must also provide us with a complete list of your creditors. All creditors must be listed, and failure to list could result in the denial of your discharge or dismissal. You must provide us with full addresses, phone numbers, account numbers, amount owed and the date the

account was open. The amount owed is generally the payoff, or an estimate of any potential deficiency. Failure to provide this information could result in the creditor's claim surviving the Bankruptcy. Also, if you pay child support you must provide us with the guardian parent's names, address, phone number and county where you pay support.

Certain property that you own will be considered exempt under current state and federal law. We will assist you in claiming an exemption through your case so this property is not taken by the trustee in a Chapter 7 case, or nonexempt equity does not have to be covered through your repayment plan in a Chapter 13. Failure to disclose or take an exemption in property could result in the loss of that property or an increase in your chapter 13 plan payment.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM A ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, can hire an attorney to represent you, or you can get help in some localities from a Bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine Bankruptcy case to help you evaluate how much service you need. Although Bankruptcy can be complex, many cases are routine.

Before filing a Bankruptcy case, you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a Bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the Bankruptcy court. Once your case starts, you will have to attend the required first meeting of creditors where you may be questioned by a court official called a "trustee" and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help in deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will before a Bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your Bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in Bankruptcy court, but only attorneys, not Bankruptcy petition preparers, can give you legal advice.

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re   **Arzu Fitness, LLC** _____   Case No. _____

                                          Debtor(s)         Chapter     **7** _____

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)    _____ computer diskette

(b)    _____ scannable hard copy
(number of sheets submitted _____)

(c)    __X__ electronic version filed via CM/ECF

Date:   **June 12, 2024** _____        **/s/ Chris Arzu** _____
                                                 **Chris Arzu**
                                                 Signature of Debtor

                                                 **/s/ JASON T. MOSS** _____
                                                 Signature of Attorney
                                                 **JASON T. MOSS**
                                                 **MOSS & ASSOCIATES, ATTORNEYS P.A.**
                                                 **816 ELMWOOD AVENUE**
                                                 **COLUMBIA, SC 29201**
                                                 **(803)-933-0202**
                                                 Typed/Printed Name/Address/Telephone

                                                 **7240 SC** _____
                                                 District Court I.D. Number

9ROUNDS
847 NE MAIN STREET
SIMPSONVILLE SC 29681


CELTIC BANK
268 S STATE STREET, SUITE 300
SALT LAKE CITY UT 84111


CHRIS ARZU
4709 LEAF CREST COURT
COLUMBIA SC 29210


ELIZABETH B GIERHART CPA
461 LAKE TIDE DRIVE
CHAPIN SC 29036


IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346


MID CAROLINA ELECTRIC
PO BOX 669
LEXINGTON SC 29071


RICHLAND COUNTY TREASURER
PO BOX 11947
COLUMBIA SC 29202-2687


SC DEPT OF REVENUE
PO BOX 12265
COLUMBIA SC 29211


SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH STREET, STE 320
BIRMINGHAM AL 35203


SMALL BUSINESS ADMINISTRATION
1835 ASSEMBLY STREET
ROOM 358
COLUMBIA SC 29201


SPECTRUM BUSINESS
PO BOX 6030
CAROL STREAM IL 60197

```
THE VIREO GROUP
PO BOX 1211
AUGUSTA GA 30901
```

# United States Bankruptcy Court
## District of South Carolina

In re    **Arzu Fitness, LLC**_____    Case No. _____

                                    Debtor(s)         Chapter    **7**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Arzu Fitness, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 12, 2024**_____         **/s/ JASON T. MOSS**_____
Date                                **JASON T. MOSS 7240**
                                    Signature of Attorney or Litigant
                                    Counsel for   **Arzu Fitness, LLC**_____
                                    **MOSS & ASSOCIATES, ATTORNEYS P.A.**
                                    **816 ELMWOOD AVENUE**
                                    **COLUMBIA, SC 29201**
                                    **(803)-933-0202 Fax:(803)-933-9941**
                                    **lindsey@mossattorneys.com**